# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [X] COMPLAINT   [ ] INFORMATION   [ ] INDICTMENT   [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Felon

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:**
Maximum 15 years imprisonment
Maximum 3 years supervised release
Maximum $250,000 fine
$100 special assessment
Forfeiture

**DEFENDANT - U.S**
▶ Maurice Herron

**DISTRICT COURT NUMBER**
4:25-mj-71446 MAG

**FILED**
Dec 03 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO. _____

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jonah P. Ross

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [X] Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? [ ] Yes [ ] No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS   [ ] NO PROCESS*   [X] WARRANT   Bail Amount: no bail

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Maurice Herron | ) Case No. 4:25-mj-71446 MAG |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 15, 2025__ in the county of __Contra Costa__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm or ammunition. |

**FILED**

Dec 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

This criminal complaint is based on these facts:

See attached affidavit of ATF Task Force Officer Abel Alcantar Belloso

☑ Continued on the attached sheet.

Approved as to form: /s/ Jonah Ross
AUSA Jonah Ross

/s/ Abel Alcantar Belloso
*Complainant's signature*

Abel Alcantar Belloso, ATF Task Force Officer
*Printed name and title*

Sworn to before me by telephone.

Date: 12/03/2025

*Judge's signature*

City and state: McKinleyville, CA

Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Abel Alcantar Belloso, a police officer with the Oakland Police Department and a sworn Task Force Officer with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Maurice Herron ("HERRON") for unlawfully possessing a firearm, in violation of Title 18, United States Code, Section 922(g)(1), on or about November 15, 2025, in the Northern District of California.

### SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that a violation of the federal law identified above has occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. The information in this affidavit, including the opinions which I have formed and statements set forth herein, is based upon my training and experience in the field of firearms investigations, personal participation during the course of this investigation, knowledge obtained from investigative reports, reliable sources of information relevant to this investigation, consultation with other experienced local and federal law enforcement officials, and upon my examination and review of various reports and other records. Unless otherwise noted, when I assert that a statement was made, I have either heard the statement directly or listened to a recording of the statement, or the statement was reported to me by another law enforcement officer, either directly or indirectly in a written report. The officer providing me with the

information may have received the information by way of personal knowledge or from another source.

## AFFIANT BACKGROUND

4. I am a police officer with the Oakland Police Department and have been deputized as a sworn Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed by the Oakland Police Department since September 23, 2014, and have been an TFO with ATF since approximately May 2025. During my employment with the Oakland Police Department, I have been assigned to the Patrol Division, Special Resource Section - Community Resource Officer (CRO), and Violent Crime Operation Center (VCOC). The goal for these units was suppression of violence, narcotics, firearms, and the apprehension of individuals with felony warrants.

5. I am currently assigned to the Ceasefire unit as a TFO with ATF. The goal of ATF is to target, identify, and dismantle criminal enterprises with ties to violent crime and enhance public safety. ATF's responsibilities include the investigation and prevention of federal offenses involving the unlawful use, manufacture, and possession of firearms and explosives. As a TFO with ATF I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearm trafficking. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrests warrants and search warrants.

6. As a deputized TFO with ATF, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

## APPLICABLE STATUTES

7. The elements of Title 18, United States Code, Section 922(g)(1) are as follows: (1) the defendant knowingly possessed a firearm; (2) that firearm had been shipped or transported from one state to another or between a foreign nation and the United States; (3) at the time the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year; and (4) at the time the defendant possessed the firearm, the defendant knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

## FACTS SUPPORTING PROBABLE CAUSE

### HERRON Possessed a Firearm on or about November 15, 2025

8. On or about November 15, 2025, in Orinda, CA, an officer with the Orinda Police Department conducted an enforcement stop after observing HERRON conduct an illegal U-turn in violation of the California Vehicle Code. After HERRON provided personal identifying information, the officer discovered that HERRON had an outstanding federal warrant for his arrest. The officer placed HERRON under arrest and conducted a cursory pat search, but did not find any weapons on HERRON's person.

9. HERRON was placed in the rear seat of the officer's patrol vehicle, where HERRON was recorded by a rear-facing camera. The video showed that, while handcuffed and seated in the rear, HERRON removed a dark-colored pistol from his waistband and placed it under the right rear seat. HERRON then used his foot to attempt to conceal the pistol. The following image shows HERRON removing the pistol from his waistband while seated in the

rear of the patrol vehicle:



10. On November 26, 2025, another officer from the Orinda Police Department was working patrol and using the same patrol vehicle in which HERRON was transported on November 15, 2025. While the officer was preparing to transport another arrestee, the officer located a black Glock 19, 9 mm semi-automatic firearm bearing serial number AFNW503 on the rear passenger floorboard, in the same location where the video footage showed HERRON had placed the pistol. The officer rendered the firearm safe and discovered that there were 14 live rounds of ammunition in the magazine and one live round inside the chamber of the firearm.

**The Firearm Possessed by HERRON Traveled in Interstate Commerce**

11. ATF Special Agent Richard Timbang, a certified ATF Interstate Nexus Expert, examined the recovered firearm (Glock 19 pistol bearing serial number AFNW503) and

ammunition, and concluded that all were manufactured outside of the state of California. Consequently, to be recovered in the Northern District of California, the firearm and ammunition must have traveled in interstate commerce prior to November 15, 2025.

**Prior to November 15, 2025, HERRON Had Been Convicted of Multiple Felonies and Been Sentenced to More Than a Year in Custody on Multiple Occasions**

12. As part of my investigation, I conducted a review of HERRON's criminal history report and confirmed that HERRON had previously been convicted of several crimes punishable by a term of imprisonment exceeding one year. Among other felony convictions, in or around 2022, HERRON was convicted of burglary (Cal. Pen. Code § 459) and was sentenced to four years in prison.

13. Further, in January of 2025, following an arrest for possessing a firearm as a felon, HERRON acknowledged to investigators that he was then on parole after having served a multi-year prison sentence.

14. Because, on multiple occasions, HERRON had been sentenced to more than one year in prison for his convictions and because he had previously acknowledged having served a multi-year prison sentence, there is probable cause to believe that, at the time he possessed the firearm on November 15, 2025, HERRON knew he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## CONCLUSION

15. Based on the information set forth in the paragraphs above, I submit that there is probable cause to conclude that, on or about November 15, 2025, in the Northern District of California, HERRON committed the crime of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

/s/ Abel Alcantar Belloso
Abel Alcantar Belloso
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d) on this  3rd   day of  December                      .

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge