CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAURICE HERRON,<br><br>    Defendant. | NO. 4:25-CR-00362 AMO<br>    4:25-CR-00433 AMO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 30, 2026 THROUGH MAY 11, 2026 |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Maurice Herron that time be excluded under the Speedy Trial Act from March 30, 2026 through May 11, 2026.

A status conference was held on March 30, 2026, in Case Nos. 4:25-CR-00362 AMO and 4:25-CR-00433 AMO, which the Court has found to be related cases within the meaning of N.D. Cal. Crim. L.R. 8-1(b). The government and counsel for the defendant reported on the status of the cases, including discovery and progress toward resolution. The government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act based on defense counsel's need to prepare effectively and adequately, including to review the government's productions. For this reason and as further stated on

STIPULATION TO EXCLUDE TIME
AND [~~PROPOSED~~] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO       1

the record at the status conference, the parties stipulate and agree that excluding time until May 11, 2026 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from March 30, 2026 through May 11, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 31, 2026                              _____/s/_____

JONAH P. ROSS
Assistant United States Attorney

DATED: March 31, 2026                              _____/s/_____

ALBERT J. BORO, JR.
Attorney for Defendant Maurice Herron

STIPULATION TO EXCLUDE TIME
AND [~~PROPOSED~~] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO                2

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 30, 2026, and for good cause shown, the Court finds that failing to exclude the time from March 30, 2026 through May 11, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 30, 2026 through May 11, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 30, 2026 through May 11, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) in Case Nos. 4:25-CR-00362 AMO and 4:25-CR-00433 AMO.

IT IS SO ORDERED.

DATED:   April 1, 2026

_____
HON. ARACELI MARTINEZ-OLGUÍN
United States District Judge

STIPULATION TO EXCLUDE TIME
AND [~~PROPOSED~~] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO                3