CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3680
  FAX: (510) 637-3724
  jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAURICE HERRON,<br><br>　　　　Defendant. | )  NO. 4:25-CR-00362 AMO<br>)　　　4:25-CR-00433 AMO<br>)<br>)<br>)  STIPULATION AND [PROPOSED] ORDER TO<br>)  CONTINUE CHANGE OF PLEA HEARING AND<br>)  EXCLUDE TIME UNDER THE SPEEDY TRIAL<br>)  ACT FROM JUNE 29, 2026 THROUGH JULY 13,<br>)  2026<br>)<br>) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea hearing for defendant Maurice Herron scheduled for June 29, 2026, be continued to July 13, 2026, at 2:00 p.m.  The parties have reached an agreement in principle to resolve both open cases, but require additional time to finalize the plea agreement.  Defense counsel also needs additional time to review the government's discovery productions and discuss the final proposed plea agreement with Mr. Herron.  The parties request an order that the time during this continuance be excluded under the Speedy Trial Act.  The parties agree and stipulate that the time from June 29, 2026 until July 13, 2026, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel,

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [PROPOSED] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO　　　　1

taking into account the exercise of due diligence.  The parties agree that the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.


DATED: June 24, 2026                                    /s/
                                                        JONAH P. ROSS
                                                        Assistant United States Attorney


DATED: June 24, 2026                                    /s/
                                                        ALBERT J. BORO, JR.
                                                        Attorney for Defendant Maurice Herron

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [PROPOSED] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO            2

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea hearing for defendant Maurice Herron, currently scheduled for June 29, 2026, at 2:00 p.m., is continued to July 13, 2026, at 2:00 p.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 29, 2026 through July 13, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy, public trial. THEREFORE, IT IS FURTHER ORDERED that the time from June 29, 2026 until July 13, 2026, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account due diligence, in Case Nos. 4:25-CR-00362 AMO and 4:25-CR-00433 AMO.

IT IS SO ORDERED.

DATED: __6/26/2026_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIP TO CONTINUE C.O.P. AND EXCLUDE TIME
AND [~~PROPOSED~~] ORDER
4:25-CR-00362 AMO; 4:25-CR-00433 AMO                3